ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
Dyson, Inc.,

           Plaintiff,

    - against -

KUEHNE + NAGEL, INC. d/b/a BLUE
ANCHOR AMERICA LINE,

           Defendant.

       -and-

KUEHNE + NAGEL, INC. d/b/a BLUE
ANCHOR AMERICA LINE,

           Third-Party
           Plaintiff,

    v.

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

           Third-Party
           Defendant.
- - - - - - - - - - - - - - - - - -X

23 Civ. 8684 (LLS)

ORDER

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed without prejudice and without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 16, 2024

                                   *Louis L. Stanton*
                                   LOUIS L. STANTON
                                         U.S.D.J.